STUART L. WALLACH, ESQ., BAR NO. 89731
34 EXECUTIVE PARK, SUITE 210
IRVINE, CA 92614
TELEPHONE: (949) 474-2221
E-MAIL: WALLACHLAW@SBCGLOBAL.NET

Attorney for Defendant FISHER REAL ESTATE PARTNERS (COSTA MESA), LP, a California Limited Partnership

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FISHER REAL ESTATE PARTNERS (COSTA MESA), LP., a California Limited Partnership; And Does 1-10, inclusive,<br><br>Defendants. | CASE NO. 8:19-cv-02389<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND [PROPOSED] ORDER<br><br>Complaint Served: 1/10/20<br>Current Response Due: 1/30/20<br>New Response Due: 2/29/20 |

Plaintiff, James Rutherford, on the one hand, and defendant, Fisher Real Estate Partners (Costa Mesa), LP, on the other hand, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on December 16, 2019, Plaintiff filed the instant action in this Court; WHEREAS, on January 10, 2020, Plaintiff served defendant, Fisher Real Estate Partners (Costa Mesa), LP, with the Complaint;

WHEREAS, on January 24, 2020, Plaintiff and Defendant, by stipulation under Local Rule 8-3, extended Defendant's deadline to respond to the Complaint by thirty (30) days' time;

WHEREAS, on January 24, 2020, Plaintiff and Defendant, by stipulation under Local Rule 8-3, extended Defendant's deadline to respond to the Complaint by fourteen (14) days' time;

WHEREAS, Defendant is attempting to explore resolution of the matter;

WHEREAS, the agreed-to extension will result in Defendant's response being due on or before February 29, 2020.

NOW, THEREFORE, the parties stipulate and agree as follows:

The response of defendant, Fisher Real Estate Partners (Costa Mesa), LP, to Plaintiff's Complaint shall be filed and served on or before February 29, 2020.

Dated: 1-29-20

By: _____
Stuart L. Wallach
Attorney for Defendant,
Fisher Real Estate Partners
(Costa Mesa), LP

Dated: _____

By: /s/ Craig Cote
Craig Cote
Attorney for Plaintiff,
James Rutherford